# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SMITH and CHRISTINE SMITH | : |
| Plaintiff, | : No.: 1:20-cv-00770-MEM |
| v. | : |
| SOUTHWESTERN REGIONAL POLICE DEPARTMENT, et al. | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Defendants, Stuart Harrison, Southwestern Regional Police Department, Southwestern Regional Police Board, and Spring Grove Borough, with regard to the above-captioned matter.

SIANA LAW

By: */s/ Brian C. Conley*
Brian C. Conley, Esquire, I.D. #311372
Attorney for *Defendants*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
bcconley@sianalaw.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN SMITH and <br> CHRISTINE SMITH <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWESTERN REGIONAL <br> POLICE DEPARTMENT, <br> et al. <br><br> Defendants. | No.: 1:20-cv-00770-MEM |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the Withdrawal of Appearance of Brian C. Conley, Esquire, on behalf of Defendants, Stuart Harrison, Southwestern Regional Police Department, Southwestern Regional Police Board, and Spring Grove Borough, was served via electronic filing and/or first class mail, postage prepaid, addressed as indicated:

Timothy L. Salvatore, Esquire
Katherman, Briggs & Greenberg, LLP
110 N. George Street, Third Floor
York, PA 17401

**SIANA LAW**

Date: October 11, 2021    By:    */s/ Brian C. Conley*
Brian C. Conley, Esquire, I.D. #311372
Attorney for *Defendants*